IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CYNTHIA CORNELIUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 5:22-CV-00017-TES |
| v. ) | |
| ) | |
| IULIYAN DAMYAN, DAMYAN'S ) | |
| CONSTRUCTION, LLC, and ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF UNINSURED/
UNDERINSURED MOTORIST CARRIER PROGRESSIVE PREMIER INSURANCE
COMPANY OF ILLINOIS**

The Court, after having been informed that the attorneys for Plaintiff, the above-named Defendants, and Plaintiff's uninsured motorist insurance carrier, Progressive Premier Insurance Company of Illinois (hereinafter "Progressive") have entered into an agreement for the dismissal of Progressive, The Court hereby dismisses Progressive WITHOUT PREJUDICE, under the following terms and conditions:

The undersigned attorneys hereby consent to the entry of this Order dismissing Progressive from this case without prejudice. Having been duly served with process and a copy of Complaint filed in this action, Progressive has requested that Plaintiff voluntarily dismiss Progressive from the case WITHOUT PREJUDICE. Under the authority of Yarbrough v. Dickinson, 183 Ga. App. 489, 359 S.E. 2d 235 (1987), Plaintiff has consented to said dismissal with the express understanding and upon Progressive's agreement, that in the event the named Defendants become uninsured or underinsured or that uninsured motorist coverage becomes applicable to this case in the future Plaintiff will have the right to re-serve Progressive by certified mail, return receipt requested, addressed to the law office of Worsham, Corsi, Dobur & Berss, p.o. Box 674027, Marietta, Georgia 30006. In the event that Progressive is later re-served with Plaintiff's Complaint as specified in this Order, Progressive shall be afforded no less than ninety (90) days before trial

is requested or scheduled in which to complete discovery, conduct its investigation, file motions, and prepare for trial. Stipulations and defaults by or judgments against the individual Defendants will not be binding on Progressive. Progressive agrees that it will not assert any defense based upon the running of the statute of limitations, lack of notice, or sufficiency of service, that did not exist as of the date this consent order is signed by the parties' counsel.

Plaintiff is consenting in direct reliance upon the authority of <u>Yarbrough v. Dickinson</u>, <u>supra</u>, to the representations made on behalf of the named Defendants that Defendants were insured at the time of the accident in question.

So Ordered this <u>22nd</u> day of <u>  June             </u>, 2022.


<u> /S/ Tilman E. Self, III                    </u>
The Honorable Tilman E. Self, III
United States District Court, Middle District of Georgia


CONSENTED TO:
SMITH, WELCH, WEBB & WHITE, LLC

<u>/s/ John P. Webb</u> *(W/ express permission, JMA, GA Bar #002357)*
John P. Webb
Georgia Bar No. 744349
280 Country Club Drive, Suite 300
Stockbridge, GA  30281
(770) 389-4864
Attorney for Plaintiff

HALL BOOTH SMITH, P.C.

<u>/s/ Bryan G. Forsyth</u> *(W/ express permission, JMA, GA Bar #002357)*
Bryan G. Forsyth
Georgia Bar No. 316514
1301 1st Avenue, Ste. 100
Columbus, GA 31902
(706)494-3818
Attorney for Defendants Iuliyan Damyan and Damyan's Construction

*{Attorney signatures continued on following page}*

COZEN O'CONNOR

/s/ Kenan G. Loomis *(W/ express permission, JMA, GA Bar #002357)*
Kenan G. Loomis
Georgia Bar No. 457865
1230 Peachtree Street, N.E., The
Promenade, Suite 400, Atlanta, GA 30309
(404)572-2028
Attorney for Federated Mutual Insurance Company


WORSHAM, CORSI, DOBUR & BERSS

/s/ Jeremy M. Attaway
Jeremy M Attaway
Georgia Bar No: 002357
3920 Arkwright Rd, Suite 195
Macon, GA 31210
(478) 257-3530
Attorney for Progressive Premier Insurance Company of Illinois


Cornelius, C. vs Damyan, I.,et.al(UM), Civil Action No. 21-SCCV-093653 / Consent Order for Dismissal Without Prejudice of Uninsured Motorist Insurance Carrier